IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-02528-PAB-MEH | Date: November 1, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| RODRIGO PEREZ PALLARES and | Catherine Chesney Grieve |
| RICARDO REIS VEIGA, | Mia Katrine Della Cava |
| | Jason Paul Criss |
| Petitioners, | |
| vs. | |
| STRATUS CONSULTING, INC., | Martin Dean Beier |
| DOUGLAS BELTMAN, | |
| ANN S. MAEST, | |
| JENNIFER M. H. PEERS, | |
| DAVID M. MILLS, | |
| LAURA BELANGER, and | Ilann M. Maazel (by phone) |
| MICHAEL CARNEY, | |
| Respondents. | |
| ECUADORIAN PLAINTIFFS, | O. Andrew F. Wilson |
| | (by phone) |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:** 1:38 p.m.

Court calls case. Appearances of counsel. Also present: T. Michael Crimmins.

Argument and discussion regarding Stratus Respondents' Motion for Protective Order (Doc. #24, filed 10/26/10).

**ORDERED:** 1. Stratus Respondents' Motion for Protective Order (Doc. #24, filed 10/26/10) is GRANTED in part and DENIED in part as stated on the record.

- Respondents Mills and Beltman shall be deposed in one session. The total deposition time will be 3.5 hours and should be divided between the two respondents.

- Petitioners' Counsel may depose Respondents Maest, Peers, Carney, and the Rule 30(b)(6) witness. The length of each of those depositions will be 4 hours.

2. Observers may be present for the depositions listed above without direct participation.

3. Petitioners' counsel shall file a Status Report on or before **November 12, 2010,** advising the Court of the status of the proceedings in Ecuador, if known.

| | |
|---|---|
| 2:48 p.m. | Off the record to discuss settlement possibilities as to Respondent Belanger. |
| 2:53 p.m. | On the record. |

Discussion regarding the hearing set for November 8, 2010, in related case 10-cv-00047-MSK-MEH. Counsel are directed to conference together and then contact the Court at (303)844-4507 to obtain a new hearing date. A separate order will be issued regarding the rescheduling of the hearing.

**Court in recess:** 2:54 p.m. (Hearing concluded)

**Total time in court:** 1:11