IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02528-PAB-MEH

In re Application of

RODRIGO PÉREZ PALLARES, an Ecuadorian citizen, and
RICARDO REIS VEIGA, an American citizen,

for an Order to Conduct Discovery for Use in Foreign Proceedings.
_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

      This matter is before the Court on the Stipulated Motion for Administrative Closure [Docket No. 58]. The parties request that the Court administratively close this case pursuant to D.C.COLO.LCivR 41.2. Petitioners Rodrigo Pérez Pallares and Ricardo Reis Veiga commenced this action on October 15, 2010 by filing an application for an *ex parte* order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings ("Application") [Docket No. 1]. The Court granted the Application on October 20, 2010. *See* Docket No. 9. Respondent Laura Belanger filed a motion to quash [Docket No. 43] on November 19, 2010. On December 28, 2010, the magistrate judge denied the motion to quash, *see* Docket No. 52, and set a January 10, 2011 deadline for production of documents. *See* Docket No. 56 (granting motion for extension of time to comply with the December 28 Order). The January 10 deadline passed and no party sought additional court action. This matter was terminated on March 7, 2011. Therefore, it is

      **ORDERED** that the Stipulated Motion for Administrative Closure [Docket No. 58] is DENIED as moot.

      DATED December 12, 2011.